UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 11, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | Case No. 2:10-cr-210 WBS |
| Plaintiff,     ) | |
| v.     ) | ORDER OF RELEASE |
| ) | |
| ROBERT ROSENAU,     ) | |
| ) | |
| Defendant.     ) | |

TO: UNITED STATES MARSHAL:

This is to authorize the continuing release of _Robert Rosenau_ Case _2:10-cr-210 WBS_ subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _X_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured bond in the amount of.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    \_    (Other)_____

Issued at _Sacramento, CA_ on _6/11/10_ at _2:13 p.m._

By _[signature]_
Kimberly J. Mueller,
United States Magistrate Judge